UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed 9-9-15
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. SA:12-CR-01053(3)-FB |
| JESUS CORTEZ | § | |

## ORDER

On this date came on to be considered Defendant's Unopposed Motion for Continuance, and said Motion is hereby

**GRANTED**   DENIED.

SIGNED this 9th day of September, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE